UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATTI WALLACE, on behalf of decedent, GUY WALLACE | * | CIVIL ACTION |
| | * | NO: 13-1039 |
| VERSUS | | |
| | * | |
| BP EXPLORATION & PRODUCTION INC, ET AL. | | SECTION: "J"(2) |

## ORDER & REASONS

Before the Court is a *Motion for Summary Judgment to Dismiss Invalid Medical Claims that Plaintiff Did Not Certify in PTO 68* **(Rec. Doc. 48)** filed by Defendants, BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed and served no later than eight (8) days before the noticed submission date. Defendants set the motion for submission on June 15, 2022.  Plaintiff, however, has failed to file a timely opposition. It further appearing to the Court that the motion has merit,

**IT IS HEREBY ORDERED** that Defendant's *Motion for Summary Judgment to Dismiss Invalid Medical Claims that Plaintiff Did Not Certify in PTO 68* **(Rec. Doc. 48)** is **GRANTED**.

**IT IS FURTHER ORDERED** that all claims of Plaintiff, Patti Wallace, on behalf of decedent, Guy Wallace, against Defendants, BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., are hereby **DISMISSED with prejudice.**

1

A motion for reconsideration of this Order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to Defendants' *Motion for Summary Judgment to Dismiss Invalid Medical Claims that Plaintiff Did Not Certify in PTO 68* **(Rec. Doc. 48)**. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 16th day of June, 2022.


CARL J. BARBIER
UNITED STATES DISTRICT JUDGE